# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00609-CV

**Oddie Parker, Appellant**

**v.**

**Dallas Independent School District, Appellee**

### APPEAL FROM THE TEXAS COMMISSIONER OF EDUCATION

### M E M O R A N D U M   O P I N I O N

On September 10, 2015, appellant Oddie Parker filed a "request for appeal" in this Court. In her request, Parker states that she "files this appeal seeking consideration of the decision issued by the Commissioner of Education, dated June 24, 2015." Parker does not indicate whether she has ever sought judicial review of the June 24 administrative order in district court. *See also* Tex. Educ. Code §§ 7.057, 21.307 (appeals of certain decisions of commissioner to district court).

On October 5, 2016, the Clerk of this Court sent a letter to Parker, explaining that it appears the Court lacks jurisdiction to review the administrative order that is the basis of her complaint. *See* Tex. Gov't Code § 22.220(a) (civil appellate jurisdiction). The Clerk requested a response from Parker no later than October 14, 2016, and advised Parker that she must inform the Court of the basis on which appellate jurisdiction exists or that this Court would dismiss her appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Parker has not responded to the Clerk's request. Accordingly, we dismiss the cause for want of jurisdiction.

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   January 5, 2017